UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-136 |
| Plaintiff, | JUDGE Judge Graham |
| vs. | INFORMATION |
| JAMES A. MASON, | 18 U.S.C. § 641 |
| Defendant. | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
SEP 12 2024 12:07 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
(Theft of Public Money)

From in or about April 2016, and continuing through in or about March 2020, in the Southern District of Ohio, the defendant, **JAMES A. MASON**, on a recurring basis, did knowingly and willfully embezzle, steal, purloin, convert to **JAMES A. MASON's** own use and the use of another, and without authority sell, convey and dispose of money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $60,831.

**In violation of 18 U.S.C. § 641.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

ANNA L. HAFFNER (OH 97127)
SPECIAL ASSISTANT U.S. ATTORNEY